## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

LIBERTY DIVERSIFIED INDUSTRIES, INC.,
a Minnesota corporation,                         Court File No. 05-CV-01866 DWF/AJB

                Plaintiff,

vs.

HEADRICK BUILDING PRODUCTS, INC.,
a Georgia corporation,

                Defendant.

_____

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, by and through its counsel, hereby dismisses the above-captioned action pursuant to FED. R. CIV. P. 41(a)(1)(i), voluntarily and with prejudice. Plaintiff has served the Complaint filed in this matter upon Defendant. No Answer to the Complaint has been served upon Plaintiff or Plaintiff's counsel by Defendant. Plaintiff has not previously dismissed any action in the United States that was based on or included the same claims found in the Complaint filed in this action.

Respectfully submitted,


Dated:  October 10, 2005

PATTERSON, THUENTE,
SKAAR & CHRISTENSEN, P.A.


By:    s/Matthew T. Macari
        Randall T. Skaar (#165,013)
        Matthew T. Macari (#308,717)
        4800 IDS Center
        80 South Eighth Street
        Minneapolis, MN 55402
        Telephone:  612-349-5740

**ATTORNEYS FOR PLAINTIFF LIBERTY DIVERSIFIED INDUSTRIES, INC.**

2